CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA BACKSTROM, DERRICK BACKSTROM,<br><br>        Plaintiffs,<br><br>        v.<br><br>WORLD SAVINGS BANK, GOLDEN WEST FINANCIAL CORPORATION; WACHOVIA BANK, WACHOVIA MORTGAGE CORPORATION, WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (“MERS”), and DOES 1 through 20,<br><br>        Defendants. | CASE NO.: 2:13-cv-02961-JFW-FFM<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL OF DEFENDANTS WELLS FARGO BANK, N.A. AND GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO. |

     On June 3, 2013, this Court entered an Order granting, without leave to amend, the Motion to Dismiss plaintiffs' complaint, which was filed by defendants Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB ("Wells Fargo") (erroneously sued herein as World Savings Bank, Wachovia Bank, Wachovia Mortgage Corporation and Wells Fargo Home Mortgage) and Golden

West Savings Association Service Co. ("Golden West") (erroneously sued herein as Golden West Financial Corporation), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The Court's Order also dismissed this action with prejudice.  In accordance with that Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.      Plaintiffs' complaint is dismissed with prejudice as to Defendants Wells Fargo and Golden West; and

2.      Plaintiffs shall take nothing from defendants Wells Fargo and Golden West.

**IT IS SO ORDERED:**

Dated:   6/11/13                                /S/

                                                        THE HON.  JOHN F. WALTER
                                                        UNITED STATES DISTRICT JUDGE